CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Hinds

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:18cr182-HTW-LRA
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 19 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: MICHAEL LEBLANC, JR.

**U.S. ATTORNEY INFORMATION:**

AUSA  Jay T. Golden      BAR # 4881

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 2   ___ PETTY   ___ MISDEMEANOR   2  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:371.F | 18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2  18:666A.F | 18 U.S.C. § 666(a)(2) | Bribery Involving Federal Programs | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 9/10/18     SIGNATURE OF AUSA: _____

(Revised 2/26/10)