# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CRIMINAL DOCKET FOR CASE #: <u>3:18−mj−00127−UNA</u> All Defendants

Case title: USA v. LeBlanc et al                      Date Filed: 10/04/2018

Other court case number:  18−CR−182 Souther District of
                          Mississippi Northern Division

---

Assigned to: Judge Unassigned

### **Defendant (1)**

| | | |
|---|---|---|
| **Michael LeBlanc, Sr.** | represented by | **Craig Frank Holthaus** |
| | | C. Frank Holthaus |
| | | 8555 United Plaza Blvd |
| | | Suite 200 |
| | | Baton Rouge, LA 70809 |
| | | 225.706.9273 |
| | | Fax: 2253044470 |
| | | Email: frank@holthauslaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:666C.F, 18:371.F | |

---

Assigned to: Judge Unassigned

### **Defendant (2)**

| Michael LeBlanc, Jr. | represented by | **John Lane Ewing , Jr.** |
|---|---|---|

Cazayoux Ewing, LLC
257 Maximilian Street
Baton Rouge, LA 70802
225–650–7400
Fax: 225–650–7401
Email: lane@cazayouxewing.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Donald J. Cazayoux , Jr.**
Cazayoux Ewing, LLC
257 Maximilian St.
Baton Rouge, LA 70802
225–650–7400
Fax: 225–650–7401
Email: don@cazayouxewing.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:666C.F, 18:371.F | |

---

**Plaintiff**

| USA | represented by | **Demetrius Damone Sumner** |
|---|---|---|

U.S. Attorney's Office, Middle District of
Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801
(225) 389–0443

Fax: (225) 389–0561
Email: demetrius.sumner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States*
*Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/04/2018 | 1 | | Charging Documents from the Southern District of Mississippi Northern Division in a Rule 5(c)(3) case as to Michael LeBlanc, Sr. and Michael LeBlanc, Jr. (Attachments: # 1 Order to Seal Indictment, # 2 Arrest Warrants)(BLR) (Entered: 10/04/2018) |
| 10/04/2018 | 2 | | NOTICE OF HEARING as to Michael LeBlanc, Sr., Michael LeBlanc, Jr.: Initial Appearance set for 10/4/2018 at 02:00 PM in Courtroom 5 before Magistrate Judge Erin Wilder–Doomes. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(BLR) (Entered: 10/04/2018) |
| 10/04/2018 | 3 | | MINUTE ENTRY for proceedings held before Magistrate Judge Erin Wilder–Doomes:Initial Appearance in Rule 5(c)(3) Proceedings as to Michael LeBlanc, Sr., Michael LeBlanc, Jr. held on 10/4/2018. Craig F. Holthaus made an appearance on behalf of Michael LeBlanc, Sr. John L. Ewing, Jr. and Donald J. Cazayoux, Jr. made an appearance on behalf of Michael LeBlanc, Jr. Dfts were advised of rights. Dfts waived rights to an identity hearing. Dfts signed a waiver of identity hearing and the waivers were filed with the court. The govt did not move for detention but requested a $50,000.00 unsecured bond for each dft and that each dft forfeit his passport. A separate appearance bond shall be executed by each dft. This case is TRANSFERRED to the Southern District of Mississippi (Northern Division) for further proceedings. The dfts were advised of the date of their next appearance in the Southern District of Mississippi. The dfts were released under conditions imposed by the court. (KAH) (Entered: 10/09/2018) |
| 10/09/2018 | 4 | | WAIVER of Rule 5 & 5.1 Hearings by Michael LeBlanc, Sr. (KAH) (Entered: 10/09/2018) |
| 10/09/2018 | 5 | | WAIVER of Rule 5 & 5.1 Hearings by Michael LeBlanc, Jr. (KAH) (Entered: 10/09/2018) |
| 10/09/2018 | 6 | | Unsecured Bond Entered as to Michael LeBlanc, Sr. in amount of $ $50,000.00, (KAH) (Entered: 10/09/2018) |
| 10/09/2018 | 7 | | Unsecured Bond Entered as to Michael LeBlanc, Jr. in amount of $ $50,000.00, (KAH) (Entered: 10/09/2018) |

**Case #: 3:18–mj–00127–UNA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

SEP 19 2018

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

MICHAEL LEBLANC, SR.,
TAWASKY VENTROY,
MICHAEL LEBLANC, JR., and
JACQUE JACKSON

CRIMINAL NO. 3:18cr182-HTW.LR

18 U.S.C. § 371
18 U.S.C. § 666(a)(2)

**The Grand Jury charges**:

At all times relevant to this Indictment:

1.      The Mississippi Department of Corrections ("MDOC") was a state government agency as that term is defined in Title 18, United States Code, Section 666(d), and, as such, received benefits in excess of $10,000.00 annually between 2012 and 2015, under federal programs providing federal assistance to the MDOC.

2.      Kemper County was a state government agency as that term is defined in Title 18, United States Code, Section 666(d), and, as such, received benefits in excess of $10,000.00 annually between 2012 and 2015, under federal programs providing federal assistance to Kemper County.

3.      The defendant, **MICHAEL LEBLANC, SR. ("LEBLANC, SR.")**, was a resident of the State of Louisiana who used corrupt means in an attempt to secure lucrative jail and detention facility contracts for commissary and other services throughout the State of Mississippi, and elsewhere.

4.      The defendant, **TAWASKY VENTROY ("VENTROY")**, was also a resident of

the State of Louisiana and he worked for **LEBLANC, SR.**, to help secure the contracts listed in the previous paragraph.

5.     The defendant, **MICHAEL LEBLANC, JR. ("LEBLANC, JR.")**, was a resident of the State of Louisiana who used corrupt means in an attempt to secure lucrative jail contracts for commissary and inmate telephone services with the Kemper County Regional Correctional Facility in Kemper County, Mississippi, and elsewhere.

6.     The defendant, **JACQUE JACKSON ("JACKSON")**, was also a resident of the State of Louisiana and he worked for **LEBLANC, JR.**, to help secure the contracts listed in the previous paragraph.

7.     The defendants, **LEBLANC, SR., LEBLANC, JR., VENTROY and JACKSON** were associated with Brothers Commissary Services, L.LC., domiciled in the State of Louisiana, but operating in the State of Mississippi.  The L.L.C. previously operated under the name of Premier Management Services, L.L.C.

8.     The defendants, **LEBLANC, SR., LEBLANC, JR., VENTROY and JACKSON,** were associated with American Phone Systems, L.L.C., which is domiciled in the State of Louisiana but operating in the State of Mississippi.

9.     Christopher Epps was the Commissioner of the MDOC.

MANNER AND MEANS

Among the means and methods the coconspirators agreed to use to achieve the objectives of the aforementioned conspiracy were the following:

10.     It was a part of the conspiracy that defendants would travel and cause others to travel for the purpose of influencing and meeting with individuals affiliated with the MDOC, Kemper County, and other state and local governments responsible for awarding contracts in

2

connection with state and regional jails, and for other sundry and nefarious purposes.

11.     It was further a part of the conspiracy that defendants would communicate by phone for the purpose of influencing and meeting with individuals affiliated with the MDOC, Kemper County, and other state and local governments responsible for awarding contracts in connection with state and regional jails.

12.     It was further a part of the conspiracy that defendants would use coded language during their face to face encounters with elected and appointed officials and in conversations on the phone with such persons in an effort to avoid detection and responsibility for the methods they employed to secure government contracts.

13.     It was further a part of the conspiracy that defendants would target commissary, telephone, and architectural work within the state and county corrections system.

14.     It was further a part of the conspiracy that defendants, **LEBLANC, SR. and LEBLANC, JR.**, according to **LEBLANC, SR.**, would use to maximum advantage the services of **VENTROY and JACKSON**, being African American, to meet "black on black" with African American elected and appointed officials for the purpose of corruptly influencing them by delivering bribes and by communicating the expectation or the promise of additional bribes and benefits to the elected and appointed officials.

15.     It was further a part of the conspiracy that the defendants would hide their corrupt practices and methods.

16.     It was further a part of the conspiracy that the defendants would cover up and conceal the objectives of the conspiracy and their involvement therein.

## COUNT 1

17.     The allegations contained in paragraphs one through sixteen of this indictment are

realleged and incorporated herein by reference as though fully set forth herein.

18.     From in or around March 2014 and continuing through July 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **LEBLANC, SR., LEBLANC, JR., VENTROY, and JACKSON,** did knowingly and intentionally combine, conspire, confederate, and agree among themselves and with each other and others known and unknown to the Grand Jury to influence and attempt to influence and reward the commissioner of the MDOC and a local county sheriff in connection with the business, transaction, or series of transactions of the MDOC and Kemper County, involving something of value of $5,000.00 or more, that is, the awarding and retention of contracts to companies associated with the defendants, **LEBLANC, SR. and LEBLANC, JR.,** in violation of Title 18, United States Code, Section 666(a)(2).

OBJECTS

19.     It was an object of the conspiracy that the defendants, **LEBLANC, SR., and VENTROY,** aided and abetted by one another would bribe or attempt to bribe and provide kickbacks and attempt to provide kickbacks to the Commissioner of the MDOC in exchange for the awarding and retention of contracts in connection with the operation of commissaries at various state corrections facilities within the State of Mississippi.

20.     It was an object of the conspiracy that the defendants, **LEBLANC, JR. and JACKSON,** aided and abetted by one another would bribe or attempt to bribe and provide kickbacks and attempt to provide kickbacks to the Sheriff of Kemper County, who at the time was performing duties in an undercover capacity in support of the FBI, in exchange for the awarding and retention of lucrative telephone contracts in connection with the operation of telephone services at a regional detention facility physically located within Kemper County, Mississippi.

4

21.     In furtherance of the conspiracy and to carry out its objectives, the following overt acts, among others were committed:

a.     On or about October 6, 2014, **LEBLANC, SR.** spoke with an individual about what the Commissioner of the MDOC might need in order to assist in the awarding of phone and commissary contracts.

b.     On or about October 10, 2014, **LEBLANC, SR.** spoke to Christopher Epps, the Commissioner of the MDOC.

c.     On or about October 14, 2014, **LEBLANC, SR.** met with Christopher Epps in his office to discuss business ventures.

d.     On or about October 16, 2014, **LEBLANC, SR.** spoke to an individual about his meeting with Christopher Epps on October 14, 2014.

e.     On or about October 20, 2014, **LEBLANC, SR.** called Christopher Epps to confirm that **VENTROY** would be meeting with Christopher Epps on October 21, 2014, and that a particular sheriff would have to be pushed to award the telephone contract and **LEBLANC, SR.** asked Commissioner Epps to call the sheriff.

f.     On or about October 21, 2014, **VENTROY** brought a $2,000.00 cash bribe or gratuity to Commissioner Epps of the MDOC.

g.     On or about November 4, 2014, **LEBLANC, SR.** called Sheriff Moore to assure Sheriff Moore that **LEBLANC, JR. and JACKSON** speak for **LEBLANC, SR.**

h.     On or about November 19, 2014, **LEBLANC, JR. and JACKSON** met with Sheriff Moore to discuss inmate-calling services and commissary, and **JACKSON** discussed paying Sheriff Moore something of monetary value for a contract.

i.     On or about December 8, 2014, **LEBLANC, JR.** obtained $2,000.00 in

5

casino chips.

       j.    On or about December 8, 2014, **LEBLANC, JR.** provided a minimum of four $500.00 chips from the Golden Nugget Hotel and Casino to **JACKSON** for delivery to Sherriff Moore.

       k.    On or about December 8, 2014, **JACKSON** gave Sheriff Moore a total of $2,000.00 in casino chips in the men's restroom of the Golden Nugget Hotel and Casino in Biloxi, Mississippi.

       l.    On or about December 15, 2014, **JACKSON** called Sheriff Moore to arrange a meeting at Weidmann's restaurant, and during the conversation, **JACKSON** stated he was scared of the phones.

All in violation of Title 18, United States Code, Section 371.

COUNT 2

22.    The allegations contained in paragraphs one through sixteen of this indictment are realleged and incorporated herein by reference as though fully set forth herein.

23.    That beginning sometime in or about July 2014, and continuing through October 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **LEBLANC, SR. and VENTROY**, aided and abetted by each other, did knowingly and corruptly give, offer, or agree to give something of value to the Commissioner of the MDOC with the intent to influence or reward him in connection with the business, transaction, or series of transactions of the MDOC, involving something of value of $5,000.00 or more, that is, the awarding and the retention of contracts to **LEBLANC, SR.'s** company for Inmate Commissary Services at various regional jail facilities throughout the State of Mississippi. Specifically, on or about October 21, 2014, the defendants, **LEBLANC, SR. and VENTROY**,

6

aided and abetted by each other, paid a $2,000.00 cash bribe to the Commissioner of the MDOC for the purpose of securing the contract to provide Commissary services to regional corrections facilities within the MDOC.

All in violation of Title 18, United States Code, Section 666(a)(2).

COUNT 3

24.     The allegations contained in paragraphs one through nine of this indictment are realleged and incorporated herein by reference as though fully set forth herein.

25.     That beginning sometime in or about 2014 through on or about December 18, 2014, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendants, **LEBLANC, JR. and JACKSON**, aided and abetted by each other, did knowingly and corruptly give, offer, or agree to give something of value to Kemper County Sheriff, James Moore, a county law enforcement officer cooperating with the FBI in an undercover capacity, with the intent to influence or reward the sheriff in connection with the business, transaction, or series of transactions of the Kemper County Board of Supervisors, involving something of value of $5,000.00 or more, that is, the awarding and the retention of contracts to **LEBLANC, JR.'s** company for Inmate Telephone Services and Commissary at the Kemper County Regional Correctional Facility. Specifically, on or about December 8, 2014, the defendants, **LEBLANC, JR. and JACKSON**, aided and abetted by each other, paid a $2,000.00 bribe in the form of casino chips, which **LEBLANC, JR.** obtained with cash, and subsequently provided to **JACKSON** for the purpose of giving the casino chips to Sheriff Moore in the men's room at the Golden Nugget, a location specifically selected for the delivery of the money because the inside of the bathroom was not covered by casino surveillance cameras.  They provided the bribe to Sheriff James Moore for the purpose of securing the contract to provide Commissary and Inmate Telephone Services to the

7

Kemper County Regional Correctional Facility.

All in violation of Title 18, United States Code, Section 666(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 981(a)(1)(c); and Title 28, United States Code, Section 2461.

*Warren L. Marco for*
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

s/ Signature Redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _19th_ day of September, 2018.

UNITED STATES MAGISTRATE JUDGE

A TRUE COPY, I HEREBY CERTIFY.
ARTHUR JOHNSTON, CLERK
BY:
DEPUTY CLERK

8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 3:18cr 182, HTWO-LRF

MICHAEL LEBLANC, SR.,
TAWASKY VENTROY,
MICHAEL LEBLANC, JR., and
JACQUE JACKSON

## ORDER GRANTING MOTION TO SEAL

For the reasons stated in the government's Motion to Seal, the Court grants the motion.

IT IS HEREBY ORDERED that the file and all documents filed herein including but not
limited to the Indictment and Return be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshal Service and/or the United States
Attorney's Office shall make copies of the indictment, warrants, and any related documents
available to other federal, state, and local law enforcement agencies who request the same as
needed to facilitate the arrest and detention of the Defendants.

ORDERED this _19th_ day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY; I HEREBY CERTIFY
ARTHUR JOHNSTON, CLERK

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
SEP 1 9 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

MICHAEL LEBLANC, SR.,
TAWASKY VENTROY,
MICHAEL LEBLANC, JR., and
JACQUE JACKSON

CRIMINAL NO. *3:18 cr 182 HTW LRA*

### MOTION TO SEAL

The United States of America requests that the Indictment and all documents filed herein be sealed, and represents the following:

The Grand Jury has returned an Indictment against the Defendants. Revealing the existence of the file and Indictment prior to the arrest of the Defendants would jeopardize law enforcement agents and greatly impede the apprehension of the Defendants. However, the government requests that the U.S. Marshal Service and/or the United States Attorney's Office be allowed to make copies of the indictment, warrants, and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate the arrest and detention of the Defendants.

WHEREFORE, the United States requests that the Court SEAL the file and all documents filed including but not limited to the Indictment and Return, and this Motion and the Order to Seal, pending the arrest of the Defendants and that copies be distributed

to law enforcement agencies as needed to facilitate the arrest and detention of the

Defendants.

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By: _____

Jay T. Golden
Assistant United States Attorney
MS Bar # 4881

A TRUE COPY, I HEREBY CERTIFY.
ARTHUR JOHNSTON, CLERK
BY: _____
DEPUTY CLERK

2

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Tawasky Ventroy<br>(Wherever Found)<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)    Case No.   3:18-cr-182-HTW-LRA-2 |

**SEALED**

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Tawasky Ventroy

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
* Conspiracy
* Bribery Involving Federal Programs

ARTHUR JOHNSTON, CLERK

Date:   09/20/2018

*Issuing officer's signature*

City and state:   Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

| Return |
|---|

| This warrant was received on *(date)* _____ | , and the person was arrested on *(date)* _____ |
|---|---|

at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jacque Jackson | )    Case No.    3:18-cr-182-HTW-LRA-4 |
| (Wherever Found) | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## SEALED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jacque Jackson

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

* Conspiracy
* Bribery Involving Federal Programs


**ARTHUR JOHNSTON, CLERK**

Date:   09/20/2018

_____
*Issuing officer's signature*

City and state:   Jackson, MS

_____
N. Dean, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____        _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Leblanc, Sr. | ) | Case No.   3:18-cr-182-HTW-LRA-1 |
| (Wherever Found) | ) | |
| | ) | |
| *Defendant* | ) | |

## SEALED

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Leblanc, Sr.                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   * Conspiracy
   * Bribery Involving Federal Programs

**ARTHUR JOHNSTON, CLERK**

*N. Dean*
*Issuing officer's signature*

Date:   09/20/2018

City and state:   Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____    _____<br> *Arresting officer's signature* <br><br> _____<br> *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Leblanc, Jr. | ) | Case No.   3:18-cr-182-HTW-LRA-3 |
| (Wherever Found) | ) | |
| | ) | |
| ——————————————— | ) | **SEALED** |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Michael Leblanc, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
* Conspiracy
* Bribery Involving Federal Programs

ARTHUR JOHNSTON, CLERK

Date:   09/20/2018

*Issuing officer's signature*

City and state:    Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

---

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

```
MIME-Version:1.0
From:enoticing@lamd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Judge Unassigned (brandy_lemelle@lamd.uscourts.gov,
erin_wilder-doomes@lamd.uscourts.gov, joan_sheets-launey@lamd.uscourts.gov,
richard_bourgeois@lamd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:2081278@lamd.uscourts.gov
Subject:Activity in Case 18-127 Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

## U.S. District Court

## Middle District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 10/4/2018 at 9:52 AM CDT and filed on 10/4/2018

| | |
|---|---|
| **Case Name:** | USA v. LeBlanc et al |
| **Case Number:** | 3:18–mj–00127–UNA *SEALED* |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **NOTICE OF HEARING as to Michael LeBlanc, Sr., Michael LeBlanc, Jr.: Initial Appearance set for 10/4/2018 at 02:00 PM in Courtroom 5 before Magistrate Judge Erin Wilder–Doomes. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(BLR)**

**3:18–mj–00127–UNA *SEALED*–1** No electronic public notice will be sent because the case/entry is sealed.

**3:18–mj–00127–UNA *SEALED*–2** No electronic public notice will be sent because the case/entry is sealed.

Case 3:18-mj-00127-UNA Document 8 Filed 10/04/18 Page 20 of 72

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Magistrate No. 18-127-UNA** |
| **-vs-** | **Charging District Case No. 18-cr-182** |
| **MICHAEL LEBLANC, SR.** | **AUSA: Brad Casey** |
| **MICHAEL LEBLANC, JR.** | |

| | | | |
|---|---|---|---|
| **JUDGE:** | **Erin Wilder-Doomes** | **DATE:** | **October 4, 2018** |
| **DEPUTY CLERK:** | **Brandy Lemelle Route** | **TAPE/REPORTER:** | |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | **Lisa Carroll** |

### RULE 5(c)(3) HEARING

Craig F. Holthaus made an appearance on behalf of Michael LeBlanc, Sr.

John L. Ewing, Jr. and Donald J. Cazayoux, Jr. made an appearance on behalf of Michael LeBlanc, Jr.

The defendants were advised of their rights and the purpose of this hearing on charges pending in the Southern District of Mississippi Northern Division.

The defendants verified that they have received the charging document and reviewed the charges. The court read the Indictment to defendants, advising them of the pending charges. The government also provided each defendant with a copy of the arrest warrant.

Each defendant waived his right to an identity hearing. Each defendant signed a waiver of identity hearing and the waivers were filed with the court.

The government did not move for detention but requested a $50,000.00 unsecured bond for each defendant and that each defendant forfeit his passport.

The court informed the defendants that they would be released with conditions and informed each defendant of the standard and special conditions of his release. The

Cr26;T0:30

defendants were also informed of the consequences associated with a violation of their release conditions, which the defendants stated they understood.

IT IS ORDERED that a separate appearance bond shall be executed by each defendant.

IT IS ORDERED that this case is TRANSFERRED to the Southern District of Mississippi (Northern Division) for further proceedings.  The defendants were advised of the date of their next appearance in the Southern District of Mississippi.

The defendants were released under conditions imposed by the court.

*********

Cr26;T0:30

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Middle District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18-MJ-127-UNA |
| MICHAEL LEBLANC, SR. | ) | |
| | ) | Charging District's Case No. 18-CR-182-HTW-LRA |
| *Defendant* | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___United States District Court for the Souhtern District of Mississippi (Northern Division)___ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     10/04/2018                                                      Michael LeBlanc, Sr.
_____
                                                                          *Defendant's signature*

                                                                          *Signature of defendant's attorney*     Defendant

                                                                          *Printed name of defendant's attorney*
                                                                          Frank C. Holthaus

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Middle District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  18-MJ-127-UNA |
| MICHAEL LEBLANC, JR. | ) | |
| | ) | Charging District's Case No.  18-CR-182-HTW-LRA |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   United States District
Court for the Souhtern District of Mississippi (Northern Division)                              .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
        ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     10/04/2018

_____
*Defendant's signature*   Lawyer                    Michael LeBlanc, Jr.

_____
*Signature of defendant's attorney*   Defendant

J. Lane Ewry, Jr
*Printed name of defendant's attorney*

23

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

### for the

Middle District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 18-00127M-001 |
| Michael Wayne Leblanc, Sr. | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Michael Wayne Leblanc, Sr. _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ☒ ) to appear for court proceedings;

    ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

    ( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1)  This is a personal recognizance bond.

( ☒ ) (2)  This is an unsecured bond of $   50,000.00   .

( ☐ ) (3)  This is a secured bond of $ _____ , secured by:

    ( ☐ )  (a) $ _____ , in cash deposited with the court.

    ( ☐ )  (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____ .

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ )  (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____
_____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*  This appearance bond may be forfeited if the defendant does not comply with the above agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date:    10/04/2018

    *Defendant's signature*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 10/4/18

    *Signature of Clerk or Deputy Clerk*

Approved.

Date: 10/4/18

    *Judge's signature*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
## for the

District of ___Louisiana___

United States of America )
v. )
)  Case No.  18-00127M-002
)
Michael Wayne Leblanc, Jr. )
*Defendant* )

## APPEARANCE BOND

### Defendant's Agreement

I, _____Michael Wayne Leblanc, Jr._____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;
( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1)  This is a personal recognizance bond.

( ☒ ) (2)  This is an unsecured bond of $    50,000.00    .

( ☐ ) (3)  This is a secured bond of $ _____ , secured by:

( ☐ )  (a)  $ _____ , in cash deposited with the court.

( ☐ )  (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____ .

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ )  (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____
_____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;
(2)    the property is not subject to claims, except as described above; and
(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date:    10/04/2018

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 10/4/18

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 10/4/18

_____
*Judge's signature*