# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (NORTHERN DIVISION)

Before the Honorable Linda R. Anderson

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 3:18cr182-HTW-LRA | UNITED STATES vs. LEBLANC, et al. | |
| Hearing Date: | 10/16/2018 | Time In and Out: | 30 min./11:57:35-12:26:30 |
| Clerk: | Winnie Goodwin | Courtroom: | 6-D |
| Defendants: | Michael LeBlanc, Sr. John S. McLindon Michael LeBlanc, Jr. Jacque Jackson | Defendant's Counsel: | Bradley Mills, ret/Frank Holthaus, PHV-Deft. 001<br><br>Aafram Sellers, ret/John McLindon, PHV-Deft. 002<br><br>Cynthia Speetjens, ret/John Lane Ewing, PHV/Donald Cazayoux, Jr. PHV-Deft. 003<br><br>Matt Eichelberger, ret/Brian Capitelli, PHV.-Deft. 004 |
| AUSA | Jay T. Golden and Kathlyn Van Buskirk | Pretrial/Probation: | Robert B. Wilder, Jr. |
| Interpreter: | n/a | | |

| PROCEEDINGS | |
|---|---|
| ☒ | Defendants sworn |
| ☐ | First Appearance by Defendants was in the State of Louisiana |
| ☒ | Defendants received a copy of charging document |
| ☒ | Defendants waived reading of Indictment |
| ☒ | Defendants entered a Not Guilty plea to all counts |
| ☒ | Discovery Order entered |
| ☒ | Trial Date: December 10, 2018 |
| Custody Status | |
| ☒ | Defendants shall remain free under the bond with the same conditions as set in the State of Louisiana at their initial appearance |