UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | |
| versus   : | CRIMINAL NO. 18-cr-182-HTW-LRA |
| : | |
| MICHAEL LEBLANC, SR.   : | |

……………………………………………………………………………………….

## NOTICE OF INTENT TO ENTER GUILTY PLEA

Defendant, Michael LeBlanc, Sr., through undersigned counsel, respectfully notifies this Court and United States Attorney's Office of his intent to enter a guilty plea to a charge brought against him by the government.

Respectfully submitted, this 9th day of August, 2019.

s/ C. Frank Holthaus
C. Frank Holthaus,  LABN 06976
*admitted pro hac*
4607 Bluebonnet Blvd
Suite B
Baton Rouge, LA 70809
Telephone: (225) 295-8286
Facsimile: (225) 304-4450
E-mail: Frank@Holthauslaw.com

Dennis Sweet
Sweet and Associates
158 East Pascagoula
Jackson, MS 39201
Phone: (601) 965-8700
dennis.sweet@sweetandassociates.net

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **versus** | :   CRIMINAL NO. 18-cr-182-HTW-LRA |
| | : |
| **MICHAEL LEBLANC, SR.** | : |

……………………………………………………………………………….

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Intent to Enter Guilty Plea* was filed electronically with the Clerk of Court using the CM/ECF system and was served upon all counsel of record via the court's electronic filing system.

Baton Rouge, Louisiana this 9th day of August, 2019.

                                                s/ C. Frank Holthaus
                                                C. Frank Holthaus,  LABN 06976
                                                *admitted pro hac*
                                                4607 Bluebonnet Blvd
                                                Suite B
                                                Baton Rouge, LA 70809
                                                Telephone: (225) 295-8286
                                                Facsimile: (225) 304-4450
                                                E-mail: Frank@Holthauslaw.com