


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

**ORDER TO REASSIGN CASES**

IN ORDER TO equitably manage and distribute the caseload of the court in light of the retirement of United States Magistrate Judge Linda R. Anderson, pursuant to the authority of the court as set forth in Section IV of Internal Rule 1 as amended effective December 21, 2020, the court finds that each of the cases listed on the attached Exhibits A and B should be and they are hereby reassigned from United States Magistrate Judge Linda R. Anderson to United States Magistrate Judge LaKeysha Greer Isaac.

**Any matters which have been scheduled in these cases before Judge Anderson will be rescheduled and noticed by Judge Isaac as necessary.**

**SO ORDERED,** this the 5th day of January, 2021.

DANIEL P. JORDAN III
CHIEF U. S. DISTRICT JUDGE

# Exhibit A

| | | |
|---|---|---|
| USA v. | Brooks | 3:11-cr-00038-HTW-LRA |
| USA v. | Barnes | 3:12-cr-00082-TSL-LRA |
| USA v. | Walker, Jr. | 3:14-cr-00090-HTW-LRA |
| USA v. | Evans | 3:14-cr-00131-DCB-LRA |
| USA v. | Wright | 3:15-cr-00063-DPJ-LRA |
| USA v. | Tolar | 3:15-cr-00064-DPJ-LRA |
| USA v. | Floyd | 3:15-cr-00072-DPJ-LRA |
| USA v. | Randall | 3:15-cr-00075-DPJ-LRA |
| USA v. | Perkins, et al | 3:16-cr-00070-DPJ-LRA |
| USA v. | Lnu, et al | 3:16-cr-00071-DPJ-LRA |
| USA v. | Jones, et al | 3:17-cr-00022-DPJ-LRA |
| USA v. | Alvarenga-Arguemedo | 3:17-cr-00026-DPJ-LRA |
| USA v. | Butz | 3:17-cr-00034-DPJ-LRA |
| USA v. | Rodriguez | 3:17-cr-00104-CWR-LRA |
| USA v. | White | 3:17-cr-00105-DPJ-LRA |
| USA v. | Muhammad Quabaysi | 3:17-cr-00127-HTW-LRA |
| USA v. | Phillips | 3:17-cr-00128-HTW-LRA |
| USA v. | Sealed Defendant | 3:18-cr-00040-DPJ-LRA |
| USA v. | Miller, et al | 3:18-cr-00052-DPJ-LRA |
| USA v. | Jordan, et al | 3:18-cr-00067-CWR-LRA |
| USA v. | McAfee | 3:18-cr-00072-CWR-LRA |
| USA v. | Pettaway, et al | 3:18-cr-00080-KHJ-LRA |
| USA v. | Boler, et al | 3:18-cr-00089-HTW-LRA |
| USA v. | Kennedy | 3:18-cr-00102-HTW-LRA |
| USA v. | Sealed Defendant | 3:18-cr-00117-KHJ-LRA |
| USA v. | Harvey | 3:18-cr-00132-DPJ-LRA |
| USA v. | Evege | 3:18-cr-00144-DCB-LRA |
| USA v. | Leblanc, et al | 3:18-cr-00182-HTW-LRA |
| USA v. | Johnson | 3:18-cr-00206-HTW-LRA |
| USA v. | Williams | 3:18-cr-00215-CWR-LRA |
| USA v. | Gammill | 3:18-cr-00221-DPJ-LRA |
| USA v. | Cowards, et al | 3:18-cr-00230-HTW-LRA |
| USA v. | Lewis, Jr. | 3:18-cr-00243-HTW-LRA |
| USA v. | Farah | 3:18-cr-00253-TSL-LRA |
| USA v. | Henderson, et al | 3:18-cr-00256-HTW-LRA |
| USA v. | Drummond | 3:18-cr-00265-DPJ-LRA |
| USA v. | Dent | 3:19-cr-00003-HTW-LRA |
| USA v. | Pettaway | 3:19-cr-00008-KHJ-LRA |
| USA v. | Evans, et al | 3:19-cr-00011-HTW-LRA |
| USA v. | Dier | 3:19-cr-00014-KHJ-LRA |
| USA v. | Silas, et al | 3:19-cr-00018-DPJ-LRA |

| | | |
|---|---|---|
| USA v. | Adams | 3:19-cr-00024-KHJ-LRA |
| USA v. | Smith | 3:19-cr-00029-HTW-LRA |
| USA v. | Bell, et al | 3:19-cr-00030-TSL-LRA |
| USA v. | Bell | 3:19-cr-00031-CWR-LRA |
| USA v. | Anderson | 3:19-cr-00033-DPJ-LRA |
| USA v. | Edwards, et al | 3:19-cr-00037-HTW-LRA |
| USA v. | Burns | 3:19-cr-00045-DPJ-LRA |
| USA v. | Dier, et al | 3:19-cr-00048-DPJ-LRA |
| USA v. | Carter | 3:19-cr-00052-KHJ-LRA |
| USA v. | Amos | 3:19-cr-00057-KHJ-LRA |
| USA v. | Bingham | 3:19-cr-00058-TSL-LRA |
| USA v. | McGee | 3:19-cr-00063-HTW-LRA |
| USA v. | Thompson, et al | 3:19-cr-00069-DPJ-LRA |
| USA v. | Morgan | 3:19-cr-00074-HTW-LRA |
| USA v. | Joe | 3:19-cr-00087-KHJ-LRA |
| USA v. | Hickman | 3:19-cr-00088-DPJ-LRA |
| USA v. | Mix | 3:19-cr-00089-CWR-LRA |
| USA v. | Thompson | 3:19-cr-00093-TSL-LRA |
| USA v. | Echols, et al | 3:19-cr-00094-HTW-LRA |
| USA v. | Rankin | 3:19-cr-00098-HTW-LRA |
| USA v. | Hernandez | 3:19-cr-00100-DPJ-LRA |
| USA v. | Jennings | 3:19-cr-00107-CWR-LRA |
| USA v. | Harper | 3:19-cr-00115-KHJ-LRA |
| USA v. | Arnold | 3:19-cr-00116-DPJ-LRA |
| USA v. | Williams | 3:19-cr-00121-CWR-LRA |
| USA v. | Hickman | 3:19-cr-00128-DCB-LRA |
| USA v. | Salvador-Ramirez | 3:19-cr-00142-HTW-LRA |
| USA v. | Lucas-Perez | 3:19-cr-00168-KHJ-LRA |
| USA v. | Lopez-Mazariegos | 3:19-cr-00171-CWR-LRA |
| USA v. | Carmelo-Perez | 3:19-cr-00186-HTW-LRA |
| USA v. | Pedro | 3:19-cr-00194-HTW-LRA |
| USA v. | Torres-Diego | 3:19-cr-00201-CWR-LRA |
| USA v. | Gomez-Torres | 3:19-cr-00203-DCB-LRA |
| USA v. | Jimenez-Perez | 3:19-cr-00223-CWR-LRA |
| USA v. | Martin, III | 3:19-cr-00229-HTW-LRA |
| USA v. | Agustin-Jimenez | 3:19-cr-00234-DPJ-LRA |
| USA v. | Temaj-Jigan | 3:19-cr-00235-DPJ-LRA |
| USA v. | Silvestre-Gomez | 3:19-cr-00238-CWR-LRA |
| USA v. | Puac-Ordonez | 3:19-cr-00241-HTW-LRA |
| USA v. | Salvador-Tomas | 3:19-cr-00247-HTW-LRA |
| USA v. | Robert, et al | 3:19-cr-00260-KHJ-LRA |
| USA v. | Dupree | 3:19-cr-00261-KHJ-LRA |
| USA v. | Jackson | 3:19-cr-00265-DPJ-LRA |
| USA v. | Slaughter | 3:19-cr-00267-KHJ-LRA |

| | | |
|---|---|---|
| USA v. | Williams | 3:19-cr-00270-CWR-LRA |
| USA v. | Lott | 3:19-cr-00271-DPJ-LRA |
| USA v. | Johnson | 3:20-cr-00001-CWR-LRA |
| USA v. | Burnett | 3:20-cr-00006-HTW-LRA |
| USA v. | Stevens-Pempleton, et al | 3:20-cr-00008-DPJ-LRA |
| USA v. | Washington | 3:20-cr-00009-TSL-LRA |
| USA v. | Marcos-Gomez | 3:20-cr-00013-HTW-LRA |
| USA v. | Liddell | 3:20-cr-00015-DPJ-LRA |
| USA v. | Lovett | 3:20-cr-00016-DPJ-LRA |
| USA v. | Hickman | 3:20-cr-00017-DPJ-LRA |
| USA v. | Sims | 3:20-cr-00019-TSL-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00020-HTW-LRA |
| USA v. | Claiborne | 3:20-cr-00024-CWR-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00025-CWR-LRA |
| USA v. | Arnold | 3:20-cr-00026-KHJ-LRA |
| USA v. | Harvey, et al | 3:20-cr-00027-DPJ-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00031-CWR-LRA |
| USA v. | Cauthen, et al | 3:20-cr-00033-DPJ-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00035-HTW-LRA |
| USA v. | Beasley | 3:20-cr-00036-DPJ-LRA |
| USA v. | Simmons | 3:20-cr-00038-CWR-LRA |
| USA v. | Nelson | 3:20-cr-00039-DPJ-LRA |
| USA v. | Temaj-Jigan | 3:20-cr-00049-DPJ-LRA |
| USA v. | Pedro | 3:20-cr-00053-HTW-LRA |
| USA v. | Lucas-Perez | 3:20-cr-00059-HTW-LRA |
| USA v. | Gibbs | 3:20-cr-00061-DPJ-LRA |
| USA v. | Washington | 3:20-cr-00065-CWR-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00067-CWR-LRA |
| USA v. | Ransburgh | 3:20-cr-00070-TSL-LRA |
| USA v. | Villalon | 3:20-cr-00071-CWR-LRA |
| USA v. | Reynoso | 3:20-cr-00073-TSL-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00077-HTW-LRA |
| USA v. | Rule | 3:20-cr-00081-LRA |
| USA v. | Hughes | 3:20-cr-00087-HTW-LRA |
| USA v. | Benamon | 3:20-cr-00094-DPJ-LRA |
| USA v. | Gwin | 3:20-cr-00095-DPJ-LRA |
| USA v. | Baker | 3:20-cr-00097-HTW-LRA |
| USA v. | Lloyd, et al | 3:20-cr-00101-KHJ-LRA |
| USA v. | McGilberry | 3:20-cr-00102-HTW-LRA |
| USA v. | Mays | 3:20-cr-00103-TSL-LRA |
| USA v. | Proctor | 3:20-cr-00106-HTW-LRA |
| USA v. | Haynes | 3:20-cr-00108-KHJ-LRA |
| USA v. | Walker | 3:20-cr-00109-KHJ-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00112-TSL-LRA |

| | | |
|---|---|---|
| USA v. | Sealed Defendant | 3:20-cr-00113-HTW-LRA |
| USA v. | Harmon | 3:20-cr-00116-DCB-LRA |
| USA v. | Tyler | 3:20-cr-00117-CWR-LRA |
| USA v. | Jones | 3:20-cr-00121-TSL-LRA |
| USA v. | Jones | 3:20-cr-00126-DPJ-LRA |
| USA v. | Chunn, et al | 3:20-cr-00128-CWR-LRA |
| USA v. | Booker | 3:20-cr-00134-KHJ-LRA |
| USA v. | Wiggins, et al | 3:20-cr-00135-CWR-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00136-CWR-LRA |
| USA v. | Middleton | 3:20-cr-00137-KHJ-LRA |
| USA v. | Odom | 3:20-cr-00140-TSL-LRA |
| USA v. | Bunyard | 3:20-cr-00141-HTW-LRA |
| USA v. | Cockrell | 3:20-cr-00146-CWR-LRA |
| USA v. | Williams, et al | 3:20-cr-00147-DPJ-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00148-DPJ-LRA |
| USA v. | Sealed Defendant | 3:20-cr-00149-CWR-LRA |
| USA v. | Miranda-Alcantar | 3:20-cr-00151-CWR-LRA |
| USA v. | Marcos-Gomez | 3:20-cr-00154-HTW-LRA |
| USA v. | Danielson | 3:07-mj-00148-LRA |
| USA v. | Marquez | 3:07-mj-00523-LRA |
| USA v. | Godbolt | 3:09-mj-00141-LRA |
| USA v. | Probation Jackson | 3:09-mj-00217-LRA |
| USA v. | Jenkins | 3:10-mj-00101-LRA |
| USA v. | Mercado-Espino | 3:11-mj-00161-LRA |
| USA v. | Walker, et al | 3:12-mj-00108-LRA |
| USA v. | Zambrano-Vargas | 3:12-mj-00161-LRA |
| USA v. | Alcala-Sanchez | 3:13-mj-00111-LRA |
| USA v. | Hooten | 3:13-mj-00114-LRA |
| USA v. | Richards | 3:15-mj-00100-LRA |
| USA v. | Sealed Defendant | 3:15-mj-00111-LRA |
| USA v. | Sealed Defendant | 3:15-mj-00157-LRA |
| USA v. | Sealed Defendant | 3:15-mj-00182-LRA |
| USA v. | Wall | 3:16-mj-00150-LRA |
| USA v. | Deaton | 3:17-mj-00110-LRA |
| USA v. | Knight | 3:17-mj-00192-LRA |
| USA v. | Seales | 3:18-mj-00102-LRA |
| USA v. | Sealed Defendant | 3:18-mj-00184-LRA |
| USA v. | Sealed Defendant | 3:18-mj-00185-LRA |
| USA v. | Sealed Defendant | 3:19-mj-00123-LRA |
| USA v. | Sealed Defendant | 3:19-mj-00134-LRA |
| USA v. | Evans | 3:19-mj-00146-LRA |
| USA v. | Sealed Defendant | 3:19-mj-00178-LRA |
| USA v. | Sealed Defendant | 3:19-mj-00179-LRA |
| USA v. | Sealed Defendant | 3:19-mj-00180-LRA |

| | | |
|---|---|---|
| USA v. | Sealed Defendant | 3:19-mj-00283-LRA |
| USA v. | Gomez-Alonzo | 3:19-mj-00300-LRA |
| USA v. | Sealed Defendant | 3:20-mj-00125-LRA |
| USA v. | Sealed Defendant | 3:20-mj-00127-LRA |
| USA v. | Betts | 3:20-mj-00156-LRA |
| USA v. | Sealed Defendant | 3:20-mj-00228-LRA |
| USA v. | Ramirez-Lopez | 3:20-mj-00235-LRA |

## Exhibit B

| Case | Number |
|---|---|
| United States v. Holloway, et al | 3:98-mc-00006-LRA |
| United States Securities and Exchange Comm. v. AA Capital Partners, Inc. et al | 3:06-mc-00037-LRA |
| Securities and Exchange Commission v. Petrosite Assets, Inc. et al | 3:06-mc-00039-LRA |
| United States of America v. Aspen Ventures West II., L. P. | 3:06-mc-00043-LRA |
| Russell et al v. USA Investment Partners, LLC | 3:07-mc-00009-LRA |
| First Tower Loan, Inc. v. Bourgoyne | 3:08-mc-00014-LRA |
| Tri Aqua v. APC Equipment & Service, Inc. | 3:08-mc-00022-LRA |
| United States of America v. LV Equity Partners SBIC, L.P. | 3:09-mc-00014-LRA |
| Snider v. L-3 | 3:09-cv-00704-HTW-LRA |
| Wilson et al v. Bundy Environmental Technology, Inc. | 3:10-cv-00014-HTW-LRA |
| Staton v. Johnson & Johnson et al | 3:12-cv-00485-HTW-LRA |
| Russell v. Denmark | 3:14-cv-00225-CWR-LRA |
| Williams v. City of Yazoo, Mississippi et al | 3:15-cv-00103-HTW-LRA |
| Jordan et al v. Fisher et al | 3:15-cv-00295-HTW-LRA |
| Shaffer v. PriorityOne Bank, et al. | 3:15-cv-00304-HTW-LRA |
| Ferrell et al v. Turner et al | 3:15-cv-00657-HTW-LRA |
| Wild Well Control, Inc. et al v. Pan Southern Petroleum Corp. | 3:15-cv-00930-KHJ-LRA |
| Barnes v. Conn Appliances, Inc. | 3:16-cv-00413-HTW-LRA |
| Merchant et al v. Merchant | 3:16-cv-00665-HTW-LRA |
| U.S. Equal Employment Opp. Comm. v. Danny's Restaurant, LLC et al | 3:16-cv-00769-HTW-LRA |
| Barefield Workplace Solutions, Inc. v. Miller's of Columbia, Inc. et al | 3:17-cv-00087-KHJ-LRA |
| Jarvis v. Watson et al | 3:17-cv-00210-CWR-LRA |
| Raju v. Murphy et al | 3:17-cv-00357-CWR-LRA |
| Baptist Memorial Hospital-Golden Triangle, Inc. et al v. Price et al | 3:17-cv-00491-TSL-LRA |
| Greer v. Unum Life Insurance Company Of America et al | 3:17-cv-00615-CWR-LRA |
| Reed v. Municipality of Taylorsville, Mississippi et al | 3:17-cv-00710-TSL-LRA |
| Ruiz v. Shults | 3:18-cv-00043-HSO-LRA |
| Wilson v. Rivers | 3:18-cv-00187-KHJ-LRA |
| Fortenberry v. USA | 3:18-cv-00271-HTW-LRA |
| Luckett v. Allstate Indemnity Company et al | 3:18-cv-00275-KHJ-LRA |
| Giuffria v. Pennsylvania Manufactures Indemnity Company et al | 3:18-cv-00406-CWR-LRA |
| United States of America v. $99,980.00 United States Currency | 3:18-cv-00444-KHJ-LRA |
| Williams v. Nash | 3:18-cv-00498-HTW-LRA |
| Pippins v. Mississippi Department of Public Safety et al | 3:18-cv-00541-HTW-LRA |
| Woodland v. Warren County, Mississippi et al | 3:18-cv-00556-HTW-LRA |
| Alonso v. Nash | 3:18-cv-00597-KHJ-LRA |
| Lenoir et al v. Nissan North America, Inc. et al | 3:18-cv-00607-CWR-LRA |
| United States of America et al v. Sealed Defendant | 3:18-cv-00643-HTW-LRA |
| K. B. et al v. Adams et al | 3:18-cv-00644-CWR-LRA |
| Cox v. Scott County School District et al | 3:18-cv-00677-KHJ-LRA |
| Realty Income Corporation v. Golden Palatka, LLC et al | 3:18-cv-00682-CWR-LRA |
| Biancea Anderson v. South Sunflower County Hospital, et al | 3:18-cv-00692-HTW-LRA |
| United States of America v. Sealed Defendant | 3:18-cv-00712-HTW-LRA |
| Strickland v. Wilkie et al | 3:18-cv-00750-HTW-LRA |
| Polo-Rojas v. Rivers | 3:18-cv-00791-CWR-LRA |
| Gold Coast Commodities, Inc. v. Crum & Forster Specialty Ins. Co. | 3:18-cv-00793-HTW-LRA |
| Butler v. The Kroger Company et al | 3:18-cv-00797-HTW-LRA |
| Keys v. Entergy | 3:18-cv-00816-CWR-LRA |
| Energy Piping, Inc. et al v. AmGUARD Insurance Company | 3:18-cv-00819-HTW-LRA |
| Simpson v. Neilson et al | 3:18-cv-00845-KHJ-LRA |
| Jones v. Rivers | 3:18-cv-00858-KHJ-LRA |
| Wells Fargo Bank, N.A. v. Gray et al | 3:18-cv-00871-LRA |
| Wilson v. MS. Dept. of Employment Security et al. | 3:18-cv-00880-KHJ-LRA |
| Stringer v. Frito-Lay Corporation et al | 3:19-cv-00001-HTW-LRA |
| Lomax v. Mississippi Department of Mental Health et al | 3:19-cv-00008-CWR-LRA |

| | |
|---|---|
| Sun State Oil, Inc. v. Citgo Food Mart, LLC et al | 3:19-cv-00024-KHJ-LRA |
| Wood et al v. Lakeland Nursing and Rehabilitation Center, LLC et al | 3:19-cv-00032-HTW-LRA |
| Brown v. Lee et al | 3:19-cv-00033-HTW-LRA |
| Asbury Automotive Group, Inc. et al v. Gooding | 3:19-cv-00041-KHJ-LRA |
| Thomas v. Madison County School District | 3:19-cv-00042-HTW-LRA |
| Starks v. Merit Health Central et al | 3:19-cv-00043-KHJ-LRA |
| Armond v. Phenix Transportation West, Inc. | 3:19-cv-00069-HTW-LRA |
| Britt v. Merit Health Central et al | 3:19-cv-00090-HTW-LRA |
| Young v. Rivers | 3:19-cv-00100-KHJ-LRA |
| Moore-Watson v. Rankin County Public School District | 3:19-cv-00107-HTW-LRA |
| Graham v. Ivey et al | 3:19-cv-00134-KHJ-LRA |
| Plumpp v. Givens et al | 3:19-cv-00139-HTW-LRA |
| Brown Bottling Group, Inc. v. Imperial Trading Co., L.L.C. et al | 3:19-cv-00142-HTW-LRA |
| Forbes v. Nexion Health at Clinton, Inc. et al | 3:19-cv-00164-KHJ-LRA |
| Ashton v. Nash | 3:19-cv-00170-HTW-LRA |
| Mannie v. Commercial Furniture Installation, Inc. et al | 3:19-cv-00182-HTW-LRA |
| Lay et al v. United States of America | 3:19-cv-00188-KHJ-LRA |
| Mills v. BankPlus et al | 3:19-cv-00196-CWR-LRA |
| Clark v. The United States of America et al | 3:19-cv-00197-HTW-LRA |
| Nuzzo v. State Farm Mutual Automobile Insurance Company | 3:19-cv-00210-KHJ-LRA |
| Rose v. Hinds County Sheriff Department et al | 3:19-cv-00215-HTW-LRA |
| Smith v. Ladner et al | 3:19-cv-00243-LRA |
| McDaniel v. Hazlehurst City School District et al | 3:19-cv-00254-HTW-LRA |
| Gordon v. United Medical Recovery, LLC | 3:19-cv-00259-HTW-LRA |
| Poon-Atkins v. Sappington et al | 3:19-cv-00269-KHJ-LRA |
| Curry v. Nash | 3:19-cv-00295-CWR-LRA |
| Petro v. Jackson Mack Haik CDJR LTD | 3:19-cv-00303-HTW-LRA |
| Granger v. Allstate Insurance Company et al | 3:19-cv-00309-KHJ-LRA |
| Moore v. Rivers | 3:19-cv-00315-HTW-LRA |
| Smith v. East Mississippi Electric Power Association | 3:19-cv-00335-HTW-LRA |
| Jones v. Singh et al | 3:19-cv-00338-CWR-LRA |
| Soul Dynasty Music Group v. Singleton et al | 3:19-cv-00344-HTW-LRA |
| State of Mississippi ex rel. Jim Hood v. Credit Acceptance Corp. | 3:19-cv-00353-HTW-LRA |
| Clerk v. Select Specialty Hospital - Jackson, Inc. | 3:19-cv-00354-HTW-LRA |
| Braddock v. Arnold et al | 3:19-cv-00358-LRA |
| State Farm Mutual Automobile Ins. Co. v. Bradshaw et al | 3:19-cv-00369-HTW-LRA |
| Landreneau v. Hayco Enterprise, LLC | 3:19-cv-00380-KHJ-LRA |
| Holt v. Sollie et al | 3:19-cv-00395-KHJ-LRA |
| Smith v. United States Marshals Service et al | 3:19-cv-00407-HTW-LRA |
| Jackson v. Turner | 3:19-cv-00409-TSL-LRA |
| Brize v. Jackson HMA, LLC et al | 3:19-cv-00411-KHJ-LRA |
| State Farm Fire and Casualty Co. v. Haier America Company LLC | 3:19-cv-00412-HTW-LRA |
| Gillum et al v. Ariellas NY Delicatessen, LLC | 3:19-cv-00431-KHJ-LRA |
| Culver v. Warden | 3:19-cv-00434-HTW-LRA |
| The University of Mississippi Medical Center v. Sullivan et al | 3:19-cv-00459-CWR-LRA |
| Upton's Naturals Co. et al v. Bryant et al | 3:19-cv-00462-HTW-LRA |
| Edwards v. Canton Public School District | 3:19-cv-00469-HTW-LRA |
| Taylor v. Rivers | 3:19-cv-00499-KHJ-LRA |
| Quinones v. Paul | 3:19-cv-00505-KHJ-LRA |
| Lagniappe Operating, LLC et al v. PPU, LLC | 3:19-cv-00512-HTW-LRA |
| McCurley v. Holmes | 3:19-cv-00513-HTW-LRA |
| Haro v. Paul | 3:19-cv-00514-KHJ-LRA |
| Fluker v. Prince et al | 3:19-cv-00525-CWR-LRA |
| 290, Inc. v. Hartford Casualty Insurance Company | 3:19-cv-00532-HTW-LRA |
| Huddleston v. Brennan | 3:19-cv-00536-CWR-LRA |
| Baker v. Bass et al | 3:19-cv-00542-KHJ-LRA |
| Johnson v. Credit One Bank, N.A. | 3:19-cv-00568-HTW-LRA |
| Krause v. University of Mississippi Medical Center et al | 3:19-cv-00571-HTW-LRA |

| | |
|---|---|
| Garland v. Kosciusko School District et al | 3:19-cv-00592-KHJ-LRA |
| Ford v. Advanced Recovery Systems, Inc. et al | 3:19-cv-00602-HTW-LRA |
| Anderson v. Disability Social Security | 3:19-cv-00608-HTW-LRA |
| Patterson v. Doe | 3:19-cv-00616-HTW-LRA |
| Crechale v. Carroll Fulmer Logistics Corporation et al | 3:19-cv-00617-HTW-LRA |
| Blanton v. Paul | 3:19-cv-00620-KHJ-LRA |
| Davis v. Kroger et al | 3:19-cv-00636-KHJ-LRA |
| Turner v. Equifax Information Services LLC et al | 3:19-cv-00643-HTW-LRA |
| McGahey v. C R Bard Incorporated et al | 3:19-cv-00652-CWR-LRA |
| Crosslin et al v. Singh et al | 3:19-cv-00657-KHJ-LRA |
| Jiles v. Pace et al | 3:19-cv-00672-LRA |
| Dunagan v. Lauderdale County et al | 3:19-cv-00673-HTW-LRA |
| Johnson v. The City of Madison, MS et al | 3:19-cv-00684-HTW-LRA |
| Davis v. Hinds Community College et al | 3:19-cv-00693-HTW-LRA |
| Todd v. Aetna Life Insurance Company | 3:19-cv-00699-HTW-LRA |
| Johnson v. Kemper County, Mississippi et al | 3:19-cv-00700-TSL-LRA |
| Robinette v. University of Mississippi Medical Center | 3:19-cv-00716-HTW-LRA |
| Lamey v. Hall et al | 3:19-cv-00738-LRA |
| Stapleton v. Canadian National Railway Co. et al | 3:19-cv-00739-HTW-LRA |
| Julius v. Luxury Inn and Suites, LLC | 3:19-cv-00741-CWR-LRA |
| Richard Schwartz and Associates, P.A. v. Christenberry | 3:19-cv-00747-HTW-LRA |
| Gyawali v. U.S. Citizenship and Immigration Services | 3:19-cv-00762-HTW-LRA |
| Hines v. C R Bard Incorporated et al | 3:19-cv-00764-CWR-LRA |
| Otis et al v. Mississippi Sand Solutions, LLC et al | 3:19-cv-00779-KHJ-LRA |
| Hillman v. Praetorian Insurance Company et al | 3:19-cv-00791-KHJ-LRA |
| Pie Development, LLC v. Pie Insurance Holdings, Inc. et al | 3:19-cv-00792-HTW-LRA |
| Oliver v. Covidien Sales LLC et al | 3:19-cv-00795-CWR-LRA |
| Nelson v. Sollie et al | 3:19-cv-00796-CWR-LRA |
| Freeman v. Newton et al | 3:19-cv-00797-CWR-LRA |
| Houston v. Commissioner of Social Security Administration | 3:19-cv-00799-HTW-LRA |
| Mosley v. Old Capitol Inn | 3:19-cv-00801-CWR-LRA |
| McKinley v. Moffitt et al | 3:19-cv-00803-KHJ-LRA |
| Wilson et al v. Dollar General Corporation et al | 3:19-cv-00809-HTW-LRA |
| Connell v. Sollie et al | 3:19-cv-00814-HTW-LRA |
| Capitol Indemnity Corporation v. Frison et al | 3:19-cv-00816-KHJ-LRA |
| Smith v. Washington | 3:19-cv-00826-CWR-LRA |
| Inabnet v. Dollar General Corporation | 3:19-cv-00834-HTW-LRA |
| Brown v. Commissioner of Social Security Administration | 3:19-cv-00835-CWR-LRA |
| Burton v. JPMorgan Chase Bank, N.A. et al | 3:19-cv-00845-KHJ-LRA |
| Matlock v. Paul | 3:19-cv-00855-HTW-LRA |
| Lott v. Colonial Pipeline Company | 3:19-cv-00859-CWR-LRA |
| Cox McCarver, LLC et al v. Sentry Insurance Group, Inc. | 3:19-cv-00862-CWR-LRA |
| Green v. Jackson Public Schools District | 3:19-cv-00865-HTW-LRA |
| Havens v. Central Mississippi Correctional Facility et al | 3:19-cv-00870-KHJ-LRA |
| Harrison v. Vereen | 3:19-cv-00871-HTW-LRA |
| Haggard v. Rivers | 3:19-cv-00878-KHJ-LRA |
| Brown v. Vertex Aerospace, LLC et al | 3:19-cv-00892-LRA |
| Field v. Sollie et al | 3:19-cv-00901-KHJ-LRA |
| Sparks v. Westlake Chemical Corporation | 3:19-cv-00904-HTW-LRA |
| Benham v. City of Jackson, Mississippi et al | 3:19-cv-00911-HTW-LRA |
| Thompson v. East Central Community College et al | 3:19-cv-00912-KHJ-LRA |
| Field v. Sollie | 3:19-cv-00922-CWR-LRA |
| Burrow v. Commissioner of Social Security | 3:19-cv-00937-LRA |
| Hawkins v. Cypress Point Apartments et al | 3:19-cv-00939-KHJ-LRA |
| Trussell v. Cypress Point Apartments et al | 3:19-cv-00940-HTW-LRA |
| Andreacchio et al v. Mcallister | 3:20-cv-00002-HTW-LRA |
| Clincy et al v. Hinds County School District | 3:20-cv-00004-HTW-LRA |
| Pettway et al v. Circle S. Irrigation, Inc. et al | 3:20-cv-00010-CWR-LRA |

| | |
|---|---|
| Keen v. Wal-Mart Stores East, LP | 3:20-cv-00020-KHJ-LRA |
| Walker v. Meridian, MS Police Department | 3:20-cv-00025-HTW-LRA |
| Rathmann v. Mississippi Department of Corrections et al | 3:20-cv-00033-KHJ-LRA |
| Entergy Operations, Inc. v. Int'l Brotherhood of Electrical Workers, Local 605 | 3:20-cv-00052-HTW-LRA |
| Bolden v. LM General Insurance Company et al | 3:20-cv-00054-KHJ-LRA |
| Hutchins v. Commissioner of Social Security | 3:20-cv-00056-LRA |
| Duffy v. Vereen | 3:20-cv-00057-CWR-LRA |
| Chambers v. City of Jackson, Mississippi et al | 3:20-cv-00058-CWR-LRA |
| Guajardo et al v. Complete Logistics, LLC et al | 3:20-cv-00059-HTW-LRA |
| Cobb v. AKCA, Inc. et al | 3:20-cv-00061-CWR-LRA |
| Richardson v. Inland Commercial Real Estate Services, LLC et al | 3:20-cv-00064-HTW-LRA |
| Jackson v. City of Flora et al | 3:20-cv-00070-HTW-LRA |
| Hall v. Wal-Mart Stores East, LP et al | 3:20-cv-00071-HTW-LRA |
| Jones v. Great Southern National Bank et al | 3:20-cv-00077-KHJ-LRA |
| Young v. Commissioner of Social Security Administration | 3:20-cv-00089-KHJ-LRA |
| Washington v. Jordan et al | 3:20-cv-00105-HTW-LRA |
| AmGuard Insurance Company v. SouthGroup Insurance et al | 3:20-cv-00106-HTW-LRA |
| Green v. City of Jackson, Mississippi et al | 3:20-cv-00107-HTW-LRA |
| Johnson vs. Bailey et al | 3:20-cv-00117-KHJ-LRA |
| Currence v. Federal Bureau of Prisons et al | 3:20-cv-00121-KHJ-LRA |
| Hodge v. Monsanto Company | 3:20-cv-00131-HTW-LRA |
| Nelson v. Sollie et al | 3:20-cv-00133-KHJ-LRA |
| Carnegie v. Saul | 3:20-cv-00134-HTW-LRA |
| Murrell v. Biewer Sawmill-Newton, LLC | 3:20-cv-00154-KHJ-LRA |
| Brown v. Mallett | 3:20-cv-00156-HTW-LRA |
| Smith et al v. Henkels & McCoy, Inc. et al | 3:20-cv-00161-HTW-LRA |
| Taylor v. Walmart Transportation, LLC et al | 3:20-cv-00162-KHJ-LRA |
| Barber v. Belhaven University | 3:20-cv-00170-KHJ-LRA |
| Think Anew, LLC v. ExterNetworks, Inc. | 3:20-cv-00172-HTW-LRA |
| Brown v. The Catholic Diocese of Jackson et al | 3:20-cv-00173-HTW-LRA |
| Hillie v. Coleman et al | 3:20-cv-00177-HTW-LRA |
| McCaley v. Fillyaw et al | 3:20-cv-00178-KHJ-LRA |
| Carter v. Siemens Corporation | 3:20-cv-00180-HTW-LRA |
| Hawkins v. Saul | 3:20-cv-00183-KHJ-LRA |
| Smith et al v. Scott et al | 3:20-cv-00201-HTW-LRA |
| Barbour v. Genna Benna's LLC et al | 3:20-cv-00208-KHJ-LRA |
| Krecic v. Pickett et al | 3:20-cv-00210-KHJ-LRA |
| Williams v. C R Bard Incorporated et al | 3:20-cv-00219-HTW-LRA |
| Gilmore v. C R Bard Incorporated et al | 3:20-cv-00220-HTW-LRA |
| Jones v. C R Bard Incorporated et al | 3:20-cv-00224-KHJ-LRA |
| Blakeney v. C R Bard Incorporated et al | 3:20-cv-00226-KHJ-LRA |
| Hillie v. Williams et al | 3:20-cv-00236-HTW-LRA |
| Bogan et al v. Regions Bank et al | 3:20-cv-00241-CWR-LRA |
| Williams v. Nissan North America et al | 3:20-cv-00254-KHJ-LRA |
| Carpender v. Belk Stores of Mississippi, LLC | 3:20-cv-00259-HTW-LRA |
| Legacy Diesel and Marine, LLC v. Riverside Construction Co., Inc. et al | 3:20-cv-00262-HTW-LRA |
| Mitchell v. Reizer et al | 3:20-cv-00268-HTW-LRA |
| Davis v. Dollar General Corporation, LLC. et al | 3:20-cv-00274-KHJ-LRA |
| Covington v. Fresenius USA Manufacturing Inc. et al | 3:20-cv-00275-KHJ-LRA |
| City of Jackson, Mississippi v. Jaxon Energy, LLC et al | 3:20-cv-00280-HTW-LRA |
| Wiggins v. P & S Transportation LLC et al | 3:20-cv-00281-HTW-LRA |
| Burns v. Madison HMA, LLC | 3:20-cv-00282-KHJ-LRA |
| Smith v. Equifax Information Services, LLC et al | 3:20-cv-00285-KHJ-LRA |
| Pace v. Arrington | 3:20-cv-00287-DPJ-LRA |
| Butler v. Hall | 3:20-cv-00292-CWR-LRA |
| Olive v. Lindsey Construction Co., Inc. et al | 3:20-cv-00309-HTW-LRA |
| Cynthia Little v. Institute of Community Services, Inc. | 3:20-cv-00310-HTW-LRA |
| Norton v. Commissioner of Social Security | 3:20-cv-00314-KHJ-LRA |

| | |
|---|---|
| Harrison v. Vereen et al | 3:20-cv-00315-CWR-LRA |
| LaCruz v. Rankin County | 3:20-cv-00320-KHJ-LRA |
| Murphy v. Luby's Fuddruckers Restaurants, LLC et al | 3:20-cv-00321-HTW-LRA |
| McDowell et al v. Tireco, Inc. et al | 3:20-cv-00330-HTW-LRA |
| Powell v. Shaw et al | 3:20-cv-00337-LRA |
| Wise v. Middlebrooks et al | 3:20-cv-00346-DPJ-LRA |
| Brookins v. State Farm Mutual Automobile Insurance Company et al | 3:20-cv-00351-HTW-LRA |
| French v. Ocwen Loan Servicing, LLC et al | 3:20-cv-00356-KHJ-LRA |
| Coleman v. State Farm et al | 3:20-cv-00357-HTW-LRA |
| Tucker v. Ables et al | 3:20-cv-00359-HTW-LRA |
| Hamlin v. Frayser Quality, LLC et al | 3:20-cv-00364-KHJ-LRA |
| Jones v. State Farm Mutual Automobile Insurance Company et al | 3:20-cv-00365-HTW-LRA |
| Holleran v. Fedex Ground Package System, Inc. et al | 3:20-cv-00369-HTW-LRA |
| Bank of America, N.A. v. Hicks | 3:20-cv-00375-KHJ-LRA |
| Wright v. Hinds Community College | 3:20-cv-00376-HTW-LRA |
| Graham v. McAlister's Deli et al. | 3:20-cv-00380-HTW-LRA |
| Matlock v. Bramlett, Jr. et al | 3:20-cv-00381-HTW-LRA |
| Fogleman v. Mississippi Department of Corrections et al | 3:20-cv-00382-HTW-LRA |
| Jones v. American Medical Response, Inc. et al | 3:20-cv-00383-KHJ-LRA |
| Anika & Associates, Inc. v. Landmark American Insurance Company | 3:20-cv-00386-CWR-LRA |
| Ellis v. Midwest Technical Institute, Inc. et al | 3:20-cv-00393-KHJ-LRA |
| Holden v. Reiser | 3:20-cv-00400-KHJ-LRA |
| Beyond Capital Financial Management Group, Inc et al v. Byline Bank et al | 3:20-cv-00402-HTW-LRA |
| The City of Jackson, Mississippi v. Illinois Central Railroad Company | 3:20-cv-00403-HTW-LRA |
| Mathis v. State of Mississippi | 3:20-cv-00407-KHJ-LRA |
| Pheal v. Sam's East, Inc. | 3:20-cv-00413-HTW-LRA |
| Aniel v. Brown Bottling Group, Inc. | 3:20-cv-00416-CWR-LRA |
| Wesco Ins. Co. v. State Auto Property and Casualty Ins. Co., et al | 3:20-cv-00422-HTW-LRA |
| Morningstar v. Kroger Company | 3:20-cv-00424-KHJ-LRA |
| Chism v. State of Mississippi | 3:20-cv-00432-DPJ-LRA |
| Lockhart v. Dyck et al | 3:20-cv-00438-HTW-LRA |
| Ishman v. Mason et al | 3:20-cv-00442-CWR-LRA |
| Lard v. American National Insurance Company et al | 3:20-cv-00448-KHJ-LRA |
| McGinnis v. Commissioner of Social Security | 3:20-cv-00450-HTW-LRA |
| Hillie v. Bryce Transport, Inc. et al | 3:20-cv-00454-HTW-LRA |
| Middlesex Insurance Company v. DSP, LLC | 3:20-cv-00455-KHJ-LRA |
| Martin v. Marshall | 3:20-cv-00460-CWR-LRA |
| Noone v. The Ohio National Life Insurance Company et al | 3:20-cv-00461-CWR-LRA |
| Samuels v. Martin | 3:20-cv-00462-HTW-LRA |
| Johnson v. Magnolia Hill, LLC | 3:20-cv-00463-HTW-LRA |
| Adams et al v. Pearl River Valley Water Supply District | 3:20-cv-00469-HTW-LRA |
| AMMP et al v. United States of America et al | 3:20-cv-00475-KHJ-LRA |
| Modacure v. City of Jackson, Mississippi et al | 3:20-cv-00476-HTW-LRA |
| Jamerson v. Federal Correctional Instiution Yazoo City et al | 3:20-cv-00480-KHJ-LRA |
| Robinson v. Camping World RV Sales, LLC | 3:20-cv-00481-HTW-LRA |
| Banks v. King et al | 3:20-cv-00482-HTW-LRA |
| Johnson v. Hicks et al | 3:20-cv-00501-KHJ-LRA |
| Funchess v. Mississippi Department of Corrections et al | 3:20-cv-00502-HTW-LRA |
| Regions Bank v. Victory Pipeline, LLC et al | 3:20-cv-00503-HTW-LRA |
| Fisher v. Dr. Arenia C. Mallory Community Health Center, Inc. | 3:20-cv-00505-CWR-LRA |
| Sims v. Twin Rivers Paper Company LLC et al | 3:20-cv-00507-KHJ-LRA |
| Robinson v. Med-Trans Corporation et al | 3:20-cv-00513-HTW-LRA |
| Miller v. B. et al | 3:20-cv-00516-CWR-LRA |
| Billbro v. Swift Transportation Company of Arizona, LLC et al | 3:20-cv-00523-HTW-LRA |
| Seneca Insurance Company, Inc. v. RREAF Holdings, LLC et al | 3:20-cv-00526-KHJ-LRA |
| Pruitt v. Clark et al | 3:20-cv-00532-HTW-LRA |
| Grant v. CR Bard Inc et al | 3:20-cv-00548-HTW-LRA |
| Hasselle v. CR Bard Inc et al | 3:20-cv-00550-HTW-LRA |

| | |
|---|---|
| Shavers v. Hughes et al | 3:20-cv-00554-KHJ-LRA |
| Ingram v. C R Bard Inc et al | 3:20-cv-00556-HTW-LRA |
| Clark v. Regis Corporation et al | 3:20-cv-00558-KHJ-LRA |
| Jackson v. Brown et al | 3:20-cv-00562-CWR-LRA |
| Shelter Mutual Insurance Company v. Estate of Irma J. Reese et al | 3:20-cv-00565-CWR-LRA |
| Mitchell v. Pearl Public School District et al | 3:20-cv-00566-CWR-LRA |
| Merritt v. Casler et al | 3:20-cv-00568-HTW-LRA |
| Safeco Insurance Company of America v. Miller et al | 3:20-cv-00576-HTW-LRA |
| Smith v. Weems Community Mental Health Center | 3:20-cv-00579-HTW-LRA |
| Get Glam Beauty, LLC v. Stewart et al | 3:20-cv-00580-HTW-LRA |
| Bryan et al v. Harrell et al | 3:20-cv-00581-KHJ-LRA |
| Copeland v. F.C.I. Yazoo City (Medium) Health Service Department et al | 3:20-cv-00585-CWR-LRA |
| Kendricks et al v. Nissan Motor Company Ltd et al | 3:20-cv-00597-DPJ-LRA |
| Johnson v. Holensworth et al | 3:20-cv-00600-KHJ-LRA |
| Nelson et al v. Privilege Underwriters Reciprocal Exchange et al | 3:20-cv-00602-HTW-LRA |
| Cook v. Csaszar | 3:20-cv-00603-HTW-LRA |
| Boddie v. Vereen | 3:20-cv-00606-CWR-LRA |
| Cheatham v. Allstate Vehicle and Property Insurance Company | 3:20-cv-00611-HTW-LRA |
| Shahbazi v. Jackson State University et al | 3:20-cv-00613-HTW-LRA |
| Johnson v. Merit HMA, LLC et al | 3:20-cv-00617-CWR-LRA |
| Hunter v. Travelers Indemnity Company of Connecticut | 3:20-cv-00622-KHJ-LRA |
| Barnett v. American Express National Bank et al | 3:20-cv-00623-HTW-LRA |
| Gross v. Gordon | 3:20-cv-00627-HTW-LRA |
| Spells v. Thomas et al | 3:20-cv-00636-KHJ-LRA |
| Rosintoski v. Delta Healthcare Talent, LLC et al | 3:20-cv-00637-HTW-LRA |
| Horn v. State Farm Fire and Casualty Company | 3:20-cv-00638-HTW-LRA |
| Black et al v. Mississippi Department of Rehabilitation Services | 3:20-cv-00643-KHJ-LRA |
| Franklin v. Shaw et al | 3:20-cv-00649-KHJ-LRA |
| Samuel v. Mississippi Methodist Senior Services, Inc. | 3:20-cv-00651-HTW-LRA |
| Genbiopro, Inc. v. Dobbs | 3:20-cv-00652-HTW-LRA |
| William v. My Investments, LLC et al | 3:20-cv-00657-KHJ-LRA |
| Keys v. Brothern et al | 3:20-cv-00658-HTW-LRA |
| Cooper v. Commissioner of Social Security | 3:20-cv-00660-HTW-LRA |
| Calmes v. Reiser | 3:20-cv-00668-CWR-LRA |
| White v. Kemper County, Mississippi | 3:20-cv-00670-HTW-LRA |
| Allen v. Johnson et al | 3:20-cv-00676-HTW-LRA |
| The Desoto Group, LLC v. Southwest Gas Holdings, Inc. et al | 3:20-cv-00677-KHJ-LRA |
| Craig et al v. Walmart Inc. | 3:20-cv-00681-HTW-LRA |
| Borden v. City of Canton, Mississippi et al | 3:20-cv-00682-HTW-LRA |
| Mississippi Wildlife Federation v. Polles et al | 3:20-cv-00683-HTW-LRA |
| Morgan v. SJ Group Holding LLC et al | 3:20-cv-00684-KHJ-LRA |
| Mitchell v. Franchise Services of North America, Inc. et al | 3:20-cv-00687-KHJ-LRA |
| Sibley v. Saul | 3:20-cv-00688-KHJ-LRA |
| Hamilton v. Mississippi Emergency Management Agency | 3:20-cv-00694-CWR-LRA |
| Jackson v. Cain | 3:20-cv-00696-DPJ-LRA |
| Watts v. Shackelford | 3:20-cv-00701-HTW-LRA |
| L.B. v. Simpson County School District et al | 3:20-cv-00704-HTW-LRA |
| Harrison et al v. Smith | 3:20-cv-00708-HTW-LRA |
| Wolverton v. Turner-Johnson Dodge, Inc. et al | 3:20-cv-00711-KHJ-LRA |
| Mississippi Children's Home Services, Inc. v. Kanopy Healthcare Partners, Inc. | 3:20-cv-00712-HTW-LRA |
| Lee v. Reiser | 3:20-cv-00713-HTW-LRA |
| Berry v. Labor Finders Inc. et al | 3:20-cv-00717-CWR-LRA |
| Gilbert v. Cain et al | 3:20-cv-00722-KHJ-LRA |
| Graves v. Stephens et al | 3:20-cv-00727-HTW-LRA |
| United States of America v. SSM Properties LLC et al | 3:20-cv-00729-CWR-LRA |
| Douglas v. Lincoln LTC, LLC | 3:20-cv-00732-HTW-LRA |
| Hollinshed v. Freeman et al | 3:20-cv-00737-KHJ-LRA |
| Allstate Insurance Company v. Lacour | 3:20-cv-00738-HTW-LRA |

| | |
|---|---|
| Blackmon v. The United States of America et al | 3:20-cv-00739-HTW-LRA |
| Sullivan v. Morgan et al | 3:20-cv-00740-KHJ-LRA |
| Common v. Jackson Municipal Airport Authority | 3:20-cv-00745-CWR-LRA |
| Parker v. Sollie et al | 3:20-cv-00750-KHJ-LRA |
| Adams v. The General Insurance Company et al | 3:20-cv-00757-HTW-LRA |
| Williams et al v. Pemberton Truck Lines, Inc. et al | 3:20-cv-00759-KHJ-LRA |
| Furr v. Jackson Hinds Library System et al | 3:20-cv-00762-CWR-LRA |
| Cockrell v. Institute of Community Services, Inc. | 3:20-cv-00764-HTW-LRA |
| Mitchell v. Saul | 3:20-cv-00765-HTW-LRA |
| Parker v. Sollie et al | 3:20-cv-00767-CWR-LRA |
| Wheeler v. Miss. State Parole Board | 3:20-cv-00768-CWR-LRA |
| Steele v. Hou | 3:20-cv-00776-KHJ-LRA |
| Easley v. Fresenius Medical Center - Mid Mississippi et al | 3:20-cv-00777-HTW-LRA |
| Williams v. Shaw | 3:20-cv-00778-DPJ-LRA |
| Lim v. Ethicon, Inc. et al | 3:20-cv-00780-KHJ-LRA |
| Dowdy v. Dent Air Conditioning Company | 3:20-cv-00781-HTW-LRA |
| Johnson v. Hinds County Detention Facility et al | 3:20-cv-00782-HTW-LRA |
| Love v. United States Postal Services et al | 3:20-cv-00786-CWR-LRA |
| Doyle v. Cinemark USA, Inc. et al | 3:20-cv-00793-CWR-LRA |
| Field v. Sollie et al | 3:20-cv-00800-HTW-LRA |
| Utley v. Sollie | 3:20-cv-00803-HTW-LRA |
| Lyles v. Boston Scientific Corporation | 3:20-cv-00804-HTW-LRA |
| Watson v. Biloxi H.M.A., LLC et al | 3:20-cv-00806-CWR-LRA |
| Jerdine v. Withers et al | 3:20-cv-00808-HTW-LRA |
| Montalto v. Shaw et al | 3:20-cv-00822-HTW-LRA |
| Beasley v. Graham et al | 3:20-cv-00824-CWR-LRA |
| Fuller v. My Brother's Keeper, Inc. | 3:20-cv-00828-HTW-LRA |
| Sanders v. Mississippi Department of Rehabilitation Services | 3:20-cv-00830-CWR-LRA |
| Thomas v. United States | 3:20-cv-00832-CWR-LRA |
| Gowdy v. Mississippi Industries for the Blind et al | 3:20-cv-00835-HTW-LRA |
| Berkley National Ins. Co. v. Community Construction Co., LLC | 3:20-cv-00839-HTW-LRA |
| In re: Heritage Real Estate Investment, Inc. | 3:21-cv-00003-CWR-LRA |