## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                             **CRIMINAL NO.: 3:18-cr-00182-HTW-LGI-1**

**MICHAEL LEBLANC, SR.**                                                      **DEFENDANT**

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, M. Bradley Mills, co-counsel and attorney for the Defendant in the above entitled action, and files this Motion to Withdraw, and in support thereof would show unto the Court the following:

1. That attorney, M. Bradley Mills is one of multiple attorneys representing Michael LeBlanc, Sr., and his withdrawal from the case will not leave the Defendant prejudiced in any way.

2. That attorney M. Bradley Mills, is leaving private practice of law and no longer able to represent the Defendant Michael LeBlanc, Sr. in this matter. More specifically, attorney M. Bradley Mills was recently appointed by the Governor of the State of Mississippi to the position of Circuit Court Judge for the 20th Circuit Court Judicial District of Mississippi. Furthermore, due to his appointment he must stop engaging in the private practice of law on or about October 17, 2021.

3. Good cause for granting withdrawal in this matter exist.

4.       That based on the foregoing, attorney M. Bradley Mills respectfully moves the Court to allow him to withdraw as a co-counsel and attorney for the Defendant in this case.

RESPECTFULLY SUBMITTED, this the 30th day of September, 2021.

/s/ M. Bradley Mills
M. BRADLEY MILLS, CO-COUNSEL
AND ATTORNEY ON BEHALF OF
MICHAEL LEBLANC, SR.

## CERTIFICATE OF SERVICE

I, M. Bradley Mills, do hereby certify that I have on this date electronically filed via, the Electronic Case Filing System, a true and correct copy of the foregoing, and the Electronic Case Filing (ECF) System, sent notification of such filing to all counsel of record.

This the 30th day of September, 2021.

/s/ M. Bradley Mills
M. BRADLEY MILLS

M. BRADLEY MILLS, MSB #102070
Mills Law Firm, P.L.L.C.
5715 Warner Drive
Brandon, MS 39042
Phone: 601-454-9427
Email: brad@themillslawfirm.net